IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MCGOWAN,<br><br>  *Plaintiff*,<br><br>v.<br><br>GATEWAY HEALTH, LLC,<br><br>  *Defendant*. | **JURY TRIAL DEMANDED**<br><br>Civil Action<br><br>No. 2:21-CV-1236 |

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, and in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action. All parties are to bear their own costs.

Respectfully submitted,

Date: June 23, 2022

| | |
|---|---|
| */s/ Mary Lemieux-Fillery, Esq.*<br>Mary Lemieux-Fillery, Esquire<br>Law Offices of Eric A. Shore, P.C.<br>Two Penn Center, Suite 1240<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19110<br>Attorney for Plaintiff, Jessica McGowan | */s/ Sean Dawson, Esq.*<br>Sean P. Dawson, Esquire<br>Littler Mendelson, P.C.<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>sdawson@littler.com<br>Attorney for Gateway Health LLC |